JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN HUNT, an Individual, | CASE NO. 2:18-cv-08076-CJC-AFM |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| HARRIS CORPORATION, a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

120699415.1

**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

# ORDER

The Court has reviewed the Joint Stipulation for Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff Sean Hunt ("Plaintiff") and Defendant Harris Corporation ("Defendant") (collectively, the "Parties").

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Pursuant to the Parties' Stipulation, each party shall bear their own respective attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED.**

Dated:  November 15, 2019

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE